

Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414

1
2
3
4
5
6
7
8         UNITED STATES DISTRICT COURT
9     CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
10

| | |
|---|---|
| ARMANDO ORTIZ, JR., | Case No. CV08-07562 R |
| Plaintiff, | Related Group Control No. CV 08-7195-GW(SSx) |
| vs. | **[PROPOSED] JUDGMENT AWARDING RECONTRUST COMPANY, N.A. AND COUNTRYWIDE HOME LOANS, INC. ITS ATTORNEYS' FEES AND COSTS AGAINST M.W. ROTH PLC AND/OR MITCHELL W. ROTH, ESQ.** |
| RECONTRUST COMPANY, COUNTRYWIDE HOME LOANS, INC. and DOES 1-50, inclusive, | |
| Defendants. | |
| In the Matter of Transfer of Mortgage Foreclosure Cases Filed By Attorney Mitchell W. Roth | [Assigned for all purposes to Hon. Manuel L. Real] Dept. 8 |

(Note: "PROPOSED" in the title is struck through.)

IR01DOCS403930.1

(PROPOSED JUDGMENT)

1  On May 7, 2009, this Court ordered M.W. Roth PLC and/or attorney Mitchell
2  Roth are to jointly and severally pay all attorneys' fees incurred by Defendants in
3  defending this action.  (Document No. 23.)
4  After consideration of the declaration submitted by counsel regarding the
5  amount of attorneys' fees and costs incurred, judgment is hereby entered in favor of
6  ReconTrust Company, N.A. and Countrywide Home Loans, Inc. and against M.W.
7  Roth, PLC and/or Mitchell W. Roth, Esq., jointly and severally, in the amount of
8  $4,869.38.
9  IT IS SO ORDERED.

Dated:  _May 12, 2009__       _____
Manuel L. Real, District Court Judge
United States District Court
Central District of California